AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| LINE-X Franchising LLC and LINE-X LLC<br><br>*Plaintiff(s)*<br>v.<br>RAMSEY CALNAN, an individual, KATIE CALNAN, an individual, and CALNAN ENTERPRISES, INC. d/b/a LINE-X OF SIMI VALLEY<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 5:16-cv-01400-MHH<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KATIE CALNAN
1720 Voyager Avenue, Unit B
Simi Valley, California 93063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ellen T. Mathews
Burr & Forman LLP
420 20th Street N, Suite 3400
Birmingham, Alabama 35203

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*CLERK OF COURT*

Date: AUG 25 2016

*Signature of Clerk or Deputy Clerk* Kayla Bowmon

CLERK, U.S. DISTRICT C...
ROOM 140, U.S. C...
1729 5TH AVENUE NO...
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| LINE-X Franchising LLC and LINE-X LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> RAMSEY CALNAN, an individual, KATIE CALNAN, an individual, and CALNAN ENTERPRISES, INC. d/b/a LINE-X OF SIMI VALLEY <br><br> *Defendant(s)* | Civil Action No. 5:16-cv-01400-MHH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RAMSEY CALNAN
1720 Voyager Avenue, Unit B
Simi Valley, California 93063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ellen T. Mathews
Burr & Forman LLP
420 20th Street N, Suite 3400
Birmingham, Alabama 35203

If you fail to respond, judgment by default *may* be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*CLERK OF COURT*

Date: **AUG 2 5 2016**

Kayla Bauman
*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| LINE-X Franchising LLC and LINE-X LLC<br><br>*Plaintiff(s)*<br>v.<br>RAMSEY CALNAN, an individual, KATIE CALNAN, an individual, and CALNAN ENTERPRISES, INC. d/b/a LINE-X OF SIMI VALLEY<br><br>*Defendant(s)* | Civil Action No. 5:16-cv-01400-MHH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CALNAN ENTERPRISES, INC. d/b/a LINE-X OF SIMI VALLEY
1720 Voyager Avenue, Unit B
Simi Valley, California 93063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ellen T. Mathews
Burr & Forman LLP
420 20th Street N, Suite 3400
Birmingham, Alabama 35203

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

Date: AUG 2 5 2016

*CLERK OF COURT*

Kayla Bowman

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203