FILED
2016 Dec-22  PM 01:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| LINE-X FRANCHISING, LLC, et al., | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>)   CASE NO. 5:16-cv-01400-MHH<br>) |
| RAMSEY CALNAN, et al., | )<br>) |
| Defendants. | )<br>) |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

COME NOW the plaintiffs, LINE-X Franchising, LLC and LINE-X LLC (together, "Plaintiffs"), and respond to the Court's December 12, 2016 Show Cause Order as follows.

Plaintiffs filed this action on August 25, 2016.  (Doc. 1).  Defendant Calnan Enterprises, Inc., d/b/a LINE-X of Simi Valley was served but has not yet responded to the Complaint. Defendants Ramsey Calnan and Katie Calnan have not yet been served with Plaintiffs' Complaint.  The relief sought by Plaintiffs in this action has been substantially obtained.  As such, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby dismiss their Complaint against all Defendants without prejudice, with Plaintiffs and Defendants to each bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

BURR & FORMAN, LLP

  /s/ Ellen T. Mathews
Ellen T. Mathews (MAT057)
420 20th Street N, Suite 3400

9870701 v1

Birmingham, Alabama  35203
Tel: (205) 458-5410
Fax: (205) 714-6897
emathews@burr.com


BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP

  */s/ Mark E. Avsec*
Mark E. Avsec (Ohio Bar. No. 0064472)
200 Public Square, Suite 2300
Cleveland OH  44114-2378
Tel: (216) 363-4500
Fax: (216) 363-4588
mavsec@beneschlaw.com

Attorneys for PLAINTIFFS
LINE-X Franchising and LINE-X LLC

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2016, a copy of the foregoing *Notice of Voluntary Dismissal Without Prejudice* was electronically filed via the Court's CM/ECF system. Notice of this filing will be sent to all parties who have appeared by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Ellen T. Mathews*
Ellen T. Mathews

9870701 v1