## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

**LINE-X FRANCHISING, LLC, et al.**    }
                                       }
    **Plaintiffs,**                  }
                                       }
**v.**                                 }    Case No.: 5:16-cv-01400-MHH
                                       }
**RAMSEY CALNAN, et al.,**             }
                                       }
    **Defendants.**                 }

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs LINE-X Franchising, LLC and LINE-X LLC filed a notice of voluntary dismissal without prejudice of their claims against defendants Ramsey Calnan, Katie Calnan, and Calnan Enterprises, Inc. (Doc. 9). The notice of voluntary dismissal is operative without a Court order. The Court asks the Clerk of Court to please close the file.

**DONE** and **ORDERED** this March 13, 2017.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE